Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James Robert Waxter** : | Case No. 14–11130–TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 76 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 7/10/19 at 12:00 PM |
| : | |
| : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

      *AND NOW,* this *The 2nd of May, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 76 , by the Chapter 13 Trustee

      It is hereby **ORDERED, ADJUDGED and DECREED** that:

      (1)  *On or before June 17, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

      (2)  This *Motion* is scheduled for hearing on *July 10, 2019 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-11130-TPA
James Robert Waxter                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 2           Date Rcvd: May 02, 2019
                              Form ID: 300b           Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db             +James Robert Waxter,    1681 Salsgiver Drive,    Leeper, PA 16233-4831
cr             +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13954909       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13990319       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13943206       +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13963032       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
14021671        PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, Ohio    45342-5421
13943207       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13943208       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13943209       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13943210       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13947470        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13943211       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13943205        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 03 2019 02:35:03      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13991698       +E-mail/Text: bankruptcy@cavps.com May 03 2019 02:29:06      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14016896        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 02:46:46
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION
13943204*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13954910*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
13954911*      +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13954912*      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13954913*      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13954914*      +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13954915*      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13954916*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
                                                                                 TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor James Robert Waxter ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
```

```
District/off: 0315-1          User: lmar              Page 2 of 2             Date Rcvd: May 02, 2019
                              Form ID: 300b           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com, cblack@udren.com

                                                                TOTAL: 7

Case 14-11130-TPA    Doc 80    Filed 05/04/19    Entered 05/05/19 00:45:39    Desc Imaged
Certificate of Notice    Page 3 of 3