**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES ROBERT WAXTER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-11130 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| April 26, 2019 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/21/2014 and confirmed on 1/8/15. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 31,950.00 |
| Less Refunds to Debtor | 357.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,592.16 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 1,318.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,818.31 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 18,860.29 | 0.00 | 18,860.29 |
| Acct: 7783 | | | | |
| PNC BANK NA | 26.31 | 26.31 | 0.00 | 26.31 |
| Acct: 7783 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 2,212.43 | 2,212.43 | 203.61 | 2,416.04 |
| Acct: XXXXXXX1447 | | | | |
| PNC BANK NA | 2,271.44 | 2,271.44 | 203.37 | 2,474.81 |
| Acct: 4930 | | | | |
| | | | | 23,777.45 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES ROBERT WAXTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES ROBERT WAXTER | 357.84 | 357.84 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 9,257.41 | 1,511.76 | 0.00 | 1,511.76 |
| Acct: 2478 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5683 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 5,439.35 | 888.26 | 0.00 | 888.26 |
| Acct: 6744 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9217 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,652.00 | 596.38 | 0.00 | 596.38 |
| Acct: 0334 | | | | |
| US BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2857 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 2,996.40 |
| **TOTAL PAID TO CREDITORS** | | | | | 26,773.85 |

TOTAL
CLAIMED       0.00
PRIORITY  4,510.18
SECURED  18,348.76

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES ROBERT WAXTER

        Debtor(s)

  Ronda J. Winnecour
       Movant
      vs.
  No Repondents.

Case No.:14-11130 TPA

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                   BY THE COURT:

                                                   _____
                                                   U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-11130-TPA
James Robert Waxter                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: lmar              Page 1 of 2              Date Rcvd: May 02, 2019
                               Form ID: pdf900         Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db             +James Robert Waxter,    1681 Salsgiver Drive,    Leeper, PA 16233-4831
cr             +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13954909      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13990319       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13943206       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13963032       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
14021671        PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, Ohio   45342-5421
13943207       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13943208       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13943209       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13943210       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13947470        Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13943211      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  Us Bank,    4325 17th Ave S,    Fargo, ND 58125)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13943205        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 03 2019 02:34:40       Cap One,
                 Po Box 85520,    Richmond, VA 23285
13991698       +E-mail/Text: bankruptcy@cavps.com May 03 2019 02:29:06        Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14016896        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 02:35:06
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION
13943204*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13954910*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
13954911*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13954912*      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13954913*      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13954914*      +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13954915*      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13954916*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
                                                                                  TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor James Robert Waxter ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-1           User: lmar              Page 2 of 2              Date Rcvd: May 02, 2019
                               Form ID: pdf900         Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
            Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com, cblack@udren.com
                                                                                                                                                                                                 TOTAL: 5