**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/18/19 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES ROBERT WAXTER

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-11130 TPA

Chapter 13

Document No.: 76

**ORDER OF COURT**

AND NOW, this __18th__ day of __June__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ Ronda_

U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-11130-TPA
James Robert Waxter                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: dkam                   Page 1 of 2                  Date Rcvd: Jun 18, 2019
                                Form ID: pdf900              Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +James Robert Waxter,    1681 Salsgiver Drive,    Leeper, PA 16233-4831
cr             +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13954909      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13990319       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13943206       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13963032       +PNC BANK,  N/A,    P O BOX 94982,   CLEVELAND  OHIO 44101-4982
14021671        PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, Ohio   45342-5421
13943207       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13943208       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13943209       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13943210       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13947470        Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13943211      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13943205        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 02:56:33      Cap One,
                 Po Box 85520,   Richmond, VA 23285
13991698       +E-mail/Text: bankruptcy@cavps.com Jun 19 2019 02:48:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14016896        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 02:55:50
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION
13943204*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13954910*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
13954911*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13954912*      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13954913*      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13954914*      +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13954915*      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13954916*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
                                                                                   TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor James Robert Waxter ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
```

```
District/off: 0315-1           User: dkam                 Page 2 of 2                    Date Rcvd: Jun 18, 2019
                               Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor   PNC Bank, National Association swinneg@udren.com, cblack@udren.com

TOTAL: 7